JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT LIU,<br><br>        Petitioner,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | Case No.  CV 13-3056 FMO<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated this 21st day of March, 2014.

                                                                            /s/<br>
                                                   Fernando M. Olguin<br>
                                              United States District Judge